```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  BOBBIE J. MONTOYA
    Assistant United States Attorney
 3  Telephone: (916) 554-2700
    DENNIS J. HANNA
 4  Special Assistant United States Attorney
    Telephone: (415) 977-8943
 5  501 I Street, Suite 10-100
    Sacramento, California 95814-2322
 6
    Attorneys for Defendant
 7
 8                  UNITED STATES DISTRICT COURT
 9                  EASTERN DISTRICT OF CALIFORNIA
10
    IDA LAWSON-MEDINA,        )   Case No. 2:05-CV-02297-KJM
11                            )
         Plaintiff,           )
12                            )   STIPULATION TO REDACT PAGES
                              )   FROM THE CERTIFIED
13  v.                        )   ADMINISTRATIVE TRANSCRIPT
                              )   AND FILE THE REDACTED
14  JO ANNE B. BARNHART,      )   TRANSCRIPT IN THIS ACTION;
    Commissioner of           )   ORDER
15  Social Security,          )
                              )
16       Defendant.           )
    _____)
17
         The parties to the above-captioned action, by and through
18
    their undersigned attorneys, hereby stipulate as follows:
19
         1)  Page 180 of the Certified Administrative Transcript
20
    (which has not yet been filed in this action) is a confidential
21
    record pertaining to an individual other than Plaintiff;
22
         2) Said page shall be removed from the Certified
23
    Administrative Transcript, and from all copies of the Transcript,
24
    and then destroyed by Plaintiff's attorney, the Assistant United
25
    States Attorney, and the Assistant Regional Counsel; the redacted
26
27
28  Redaction Stip. & Order - 05-2297         1
```

1  Certified Administrative Record shall then be filed in this
2  action.
3      3) The above-mentioned page, mistakenly included in the
4  Transcripts, will not be disclosed to anyone.
5      4) The inadvertent inclusion of the above-mentioned page in
6  the Certified Administrative Transcript will not be a basis for a
7  claimed error.

9  DATED: March 10, 2006        By:   /s/ Henry Reynolds
                                      Henry Reynolds
10                                    Attorney at Law

11                                    Attorney for Plaintiff

12
   DATED: March 10, 2006        McGREGOR W. SCOTT
13                              United States Attorney

15                              By:   /s/ Bobbie J. Montoya
                                      BOBBIE J. MONTOYA
16                                    Assistant United States Attorney

17                                    Attorneys for Defendant

                                ORDER

21 APPROVED AND SO ORDERED.

22
   DATED:  March 10, 2006.

                                _____
                                UNITED STATES MAGISTRATE JUDGE

28 Redaction Stip. & Order - 05-2297      **2**