McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700
Fax:  (916) 554-2900
DENNIS J. HANNA
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94102
Telephone:  (916) 977-8943
Fax:  (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDA LAWSON-MEDINA,<br><br>            Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>            Defendant. | CASE NO. **2:05-CV-02297-KJM**<br><br>STIPULATION AND ORDER REMANDING THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. §

Stip & Order of Remand (Sentence 4) - 05-02297

1  405(g) for further proceedings.  The purpose of the remand is to
2  offer Plaintiff a new hearing and decision.
3       Upon remand, the Appeals Council will remand this case to
4  an Administrative Law Judge (ALJ) and direct him or her to
5  evaluate and explain what weight is accorded the third-party
6  evidence (the questionnaires completed by Plaintiff's husband).
7  The ALJ will also be directed to obtain vocational expert
8  evidence regarding what jobs Plaintiff might be able to perform,
9  taking into consideration all of her exertional and nonexertional
10 impairments.  The ALJ will take any other action necessary to
11 complete the administrative record and issue a new decision.
12      It is further stipulated that the Clerk shall enter a
13 separate judgment, as provided for under Rules 58 and 79(a) of
14 the Federal Rules of Civil Procedure, pursuant to <u>Shalala v.
15 Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).
16      The parties further stipulate that counsel for Plaintiff
17 will provide a facsimile of this stipulation bearing counsel's
18 signature for retention in Defendant's case file, and hereby
19 authorizes counsel for Defendant to file this document in PDF
20 ///
21 ///
22 ///
23 ///

28 Stip & Order of Remand (Sentence 4) - 05-02297

format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: April 28, 2006        By:   /s/ Henry Reynolds
                                   HENRY REYNOLDS
                                   Attorney at Law

                                   Attorney for Plaintiff

DATED: April 28, 2006              McGREGOR W. SCOTT
                                   United States Attorney
                                   BOBBIE J. MONTOYA
                                   Assistant U.S. Attorney

                             By:   /s/ Bobbie J. Montoya for
                                   DENNIS J. HANNA
                                   Special Assistant U. S. Attorney

                                   Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
U.S. SOCIAL SECURITY ADMINISTRATION


                              ORDER

     APPROVED AND SO ORDERED.

DATED:  May 1, 2006.


                    _____
                    UNITED STATES MAGISTRATE JUDGE


Stip & Order of Remand (Sentence 4) - 05-02297